**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 766 MAL 2017

               Respondent              :

                               :    Petition for Allowance of Appeal from

                               :    the Order of the Superior Court

          v.                    :

                               :

GEORGE BLAINE MILLS,           :

                               :

             Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 30th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.